UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| ROBERT L. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV410-066 |
| | ) | |
| SHERIFF AL ST. LAWRENCE; | ) | |
| McARTHUR HOLMES, *Jail* | ) | |
| *Administrator*; ANGELA DOBBIE, | ) | |
| *Program Manager*, | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

In an order dated March 24, 2010, the Court granted plaintiff's motion to proceed in forma pauperis and ordered him to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 3.) The Court warned plaintiff that his failure to return those forms within 30 days would result in the dismissal of his case. (*Id.*) Plaintiff has not returned his Prisoner Trust Fund Account Statement form. Since plaintiff has not returned the required form or offered any

explanation for his failure to do so, his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 25th day of May, 2010.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA