UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROBERT L. JONES,

Plaintiff,

v.  4:10-cv-66

AL ST. LAWRENCE, Sheriff; MCARTHUR HOLMES, Jail Administrator; and ANGELA DOBBIE, Program Manager,

Defendants.

This 7th day of July 2011.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), *see* Doc. 37, to which no objections have been filed.

The Magistrate Judge's R&R was returned to the clerk's office as undeliverable. But "[e]ach attorney and *pro se* litigant has a continuing obligation to apprise the Court of any address change." *See* L.R. 11.1.

Accordingly, the R&R is adopted as the opinion of the Court. Defendants' motion for summary judgment, construed in part as a Rule 12 motion to dismiss, *see* Doc. 38, is *GRANTED*. This case is *DISMISSED*.